**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOANNA NELSON, ) | |
|     PLAINTIFF ) | CIVIL ACTION NO.: |
| VS. ) | 4:12-cv-340-CEJ |
| VALENTINE & KEBARTAS, INC., et al. ) | |
|     DEFENDANTS ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, Joanna Nelson, and for her Notice of Settlement of her claims against Defendants Capital Management Services, LP and Valentine & Kebartas, Inc. only states:

1. Plaintiff agreed to separate settlements with Defendants Capital Management Services, LP and Valentine & Kebartas, Inc. on or about June 1, 2012 in the above-captioned matter. Each settlement specifically preserves Plaintiff's individual claim against Chase.

2. Plaintiff anticipates that the necessary Releases and other settlement documents will be exchanged by the parties, and a Notice of Voluntary Dismissal with respect to Defendants Capital Management Services, LP and Valentine & Kebartas, Inc. will be filed on or before October 1, 2012.

3. Plaintiff wishes to proceed with all aspects of her claim against Defendant Chase.

**WHEREFORE**, Plaintiff prays this Court grant her leave to file the appropriate Notices of Dismissal with respect to Defendants Capital Management Services, LP and Valentine & Kebartas, Inc. on or before October 1, 2012, and allowing Plaintiff to continue to prosecute all aspects of her claim against Defendant Chase.

**HEALEY LAW, LLC**

/s/ Robert T. Healey
ROBERT T. HEALEY
EDMO #34138MO
640 Cepi Drive, Suite A
Chesterfield, MO  63005
Telephone:   (636) 536-5175
Fax:         (636) 590-2882
Email:       bob@healeylawllc.com

**CERTIFICATE OF SERVICE**

I, Robert T. Healey, certify that on June12, 2012, I served this document via email to defendants or their counsel at the addresses below:

Edward S. Meyer    meyer@pspclaw.com
Pitzer Snodgrass, P.C.
100 S. Fourth Street, Suite 400
St. Louis, MO 63102

Michael Y. Scudder , Jr    Michael.Scudder@skadden.com
Brittany D. Parling    Brittany.Parling@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, Illinois 60606

James F. Bennett    jbennett@dowdbennett.com
Kelly J.H. Murrie    kmurrie@dowdbennett.com
Dowd Bennett LLP
7733 Forsyth Blvd.
Suite 1410
St. Louis, MO 63105

Valentine & Kebartis, Inc.
Legal Department & Robert Handley
15 Union Street
Lawrence, Massachusetts  01840
RHandley@v-k-i.com

/s/Robert Healey