**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOANNA NELSON, | ) |
| | ) |
| PLAINTIFF | )   **CIVIL ACTION NO.:** |
| VS. | ) |
| | )   **4:12-cv-340-CEJ** |
| VALENTINE & KEBARTAS, INC., et al. | ) |
| DEFENDANTS | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**CAPITAL MANAGEMENT SERVICES, LP ONLY**

Plaintiff, Joanna Nelson, and Defedant, Capital Management Services, LP only hereby stipulate to dismiss the portion of this case pertaining to Defendant Capitial Management Services, LP only with prejudice and without costs, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(2). All claims directed to Defendant Valentine & Kebartas, Inc. and Defendant Chase Bank USA, N.A. To remain open and pending.

**HEALEY LAW, LLC**

/s/ Robert T. Healey
Robert T. Healey
EDMO # 34138MO
Attorney at Law
640 Cepi Drive, SuiteA
Chesterfield, MO 63005
Email:       bob@healeylawllc.com
Telephone:   (636) 536-5175
Fax:         (636) 590-2882
Co-counsel for Plaintiff

**BURKE LAW OFFICES, LLC**

/s/ Alexander H. Burke
Alexander H. Burke
155 N. Michigan Ave.
Suite 9020
Chicago, IL 60601
312-729-5288
Fax: 312-729-5289
Email: aburke@burkelawllc.com
Co-Counsel for Plaintiff