# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JOANNA NELSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:12-cv-340-CEJ |
| VALENTINE & KEBARTAS, INC., and CHASE BANK USA, N.A., | ) Hon. Carol E. Jackson |
| Defendants. | ) |

## DEFENDANT CHASE BANK USA, N.A.'S NOTICE OF SETTLEMENT

Defendant Chase Bank USA, N.A. for its Notice of Settlement of the parties' claims states:

1. Chase agreed to a settlement with Plaintiff Joanna Nelson on or about August 27, 2012 in the above-captioned matter.

2. Chase anticipates that the necessary releases and other settlement documents will be exchanged and executed by the parties, and Plaintiff will file a Notice of Voluntary Dismissal with Prejudice on or before September 27, 2012.

3. Chase will file a Notice of Voluntary Dismissal with Prejudice of its counterclaim against Plaintiff on or before September 27, 2012.

Wherefore, Chase respectfully requests this Court grant the parties leave to file the appropriate Notices of Dismissal on or before September 27, 2012 .

DATED: August 28, 2012                    Respectfully submitted,


                                                By:  /s/ James F. Bennett

                                                James F. Bennett, #46826
                                                jbennett@dowdbennett.com
                                                Kelly J. H. Murrie, #58569
                                                kmurrie@dowdbennett.com
                                                DOWD BENNETT LLP
                                                7733 Forsyth Blvd., Suite 1410
                                                St. Louis, MO 63105
                                                Tel: (314) 889-7300
                                                Fax: (314) 863-2111

                                                Michael Y. Scudder, Jr. (admitted *pro hac vice*)
                                                Brittany D. Parling (admitted *pro hac vice*)
                                                SKADDEN, ARPS, SLATE,
                                                    MEAGHER & FLOM LLP
                                                155 N. Wacker Drive
                                                Chicago, IL 60606
                                                Tel: (312) 407-0700
                                                Fax: (312) 407-0411

                                                Attorneys for Defendant
                                                CHASE BANK USA, N.A.

## **CERTIFICATE OF SERVICE**

James F. Bennett, an attorney, hereby certifies that on August 28, 2012, he caused a true and correct copy of the foregoing *Defendant Chase Bank USA, N.A.'s Notice of Settlement* to be served via the Court's CM/ECF filing system on the following:

>Alexander H. Burke
>aburke@burkelawllc.com
>
>Robert T. Healey, Jr.
>rhealey1960@gmail.com
>
>Edward S. Meyer
>meyer@pspclaw.com

>>/s/ James F. Bennett
>>James F. Bennett