**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOANNA NELSON, ) | |
| ) | |
| PLAINTIFF ) | CIVIL ACTION NO.: |
| VS. ) | |
| ) | 4:12-cv-340-CEJ |
| VALENTINE & KEBARTAS, INC., et al. ) | |
| DEFENDANTS ) | |

**NOTICE OF VOLUNTARY MUTUAL DISMISSAL OF CLAIMS BETWEEN PLAINTIFF AND DEFENDANT CHASE BANK USA, NA**

Plaintiff, Joanna Nelson, and Defedant, Chase Bank USA, NA hereby stipulate to dismiss the portion of Plaintiff's case pertaining to Defendant Chase Bank USA, NA only with prejudice and without costs, and Chase's Counterclaim against Plaintiff with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(2).  All claims directed to Defendant Valentine & Kebartas, Inc.  remain open and pending.

**HEALEY LAW, LLC**

/s/ Robert T. Healey
ROBERT T. HEALEY
EDMO #34138MO
640 Cepi Drive, Suite A
Chesterfield, MO  63005
Telephone: (636) 536-5175
Fax: (636) 590-2882
Email: bob@healeylawllc.com

&

**BURKE LAW OFFICES, LLC**

/s/ Alexander H. Burke
Alexander H. Burke
155 N. Michigan Ave.
Suite 9020
Chicago, IL 60601
Telephone:	(312) 729-5288
Fax:	(312) 729-5289
Email:	aburke@burkelawllc.com
Co-Counsel for Plaintiff
*Admitted Pro Hac Vice*

**DOWD BENNETT LLP**

/s/ James F. Bennett
7733 Forsyth Blvd.
Suite 1410
St. Louis, MO 63105
Telephone:	(314) 889-7300
Fax:	(314) 863-2111
Email:	jbennett@dowdbennett.com


**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**

/s/ Michael Y. Scudder , Jr
Michael Y. Scudder , Jr
155 N. Wacker Drive
Chicago, Illinois 60606
Telephone:	(312) 407-0700
Fax:	(312) 407-0411
Email:	Michael.Scudder@skadden.com

Attorneys for Defendant CHASE BANK USA, NA