UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOANNA NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:12-CV-340 (CEJ) |
| | ) |
| VALENTINE & KEBARTAS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

In accordance with the stipulation of plaintiff and defendant Valentine & Kebartas, Inc. [Doc. #49],

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action with prejudice with respect to defendant Valentine & Kebartas, Inc. Fed.R.Civ.P. 41(a)(1)(A)(ii).

The parties shall bear their own costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 1st day of November, 2012.